**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-6114

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

GARLIN RAYMOND FARRIS, a/k/a G,

Defendant - Appellant.

No. 24-6115

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

GARLIN RAYMOND FARRIS, a/k/a G,

Defendant - Appellant.

Appeals from the United States District Court for the Western District of North Carolina, at Charlotte. Robert J. Conrad, Jr., District Judge. (3:18-cr-00099-RJC-DCK-1)

Submitted: June 25, 2024                    Decided: June 28, 2024

Before RICHARDSON and QUATTLEBAUM, Circuit Judges, and TRAXLER, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Garlin Raymond Farris, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

Garlin Raymond Farris appeals the district court's orders denying his 18 U.S.C. § 3582(c)(2) motion for a sentence reduction and dismissing his subsequent motion for reconsideration. We have the reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. *United States v. Farris*, No. 3:18-cr-00099-RJC-DCK-1 (W.D.N.C. Jan. 5, 2024; Jan. 25, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*